STATE OF LOUISIANA

VERSUS

LEON BROOKS

NO. 23-K-113

FIFTH CIRCUIT

COURT OF APPEAL

STATE OF LOUISIANA

FIFTH CIRCUIT COURT OF APPEAL
A TRUE COPY OF DOCUMENTS AS
SAME APPEARS IN OUR RECORDS

*Wiseman*

Linda Wiseman
First Deputy, Clerk of Court

March 06, 2023

Linda Wiseman
First Deputy Clerk

**IN RE** LEON BROOKS

**APPLYING FOR** SUPERVISORY WRIT FROM THE TWENTY-FOURTH JUDICIAL DISTRICT COURT, PARISH OF JEFFERSON, STATE OF LOUISIANA, DIRECTED TO THE HONORABLE DONALD L. FORET, DIVISION "H", NUMBER 18-3382,18-6225, &18-6466

Panel composed of Judges Fredericka Homberg Wicker,
Robert A. Chaisson, and John J. Molaison, Jr.

### WRIT GRANTED; STAY GRANTED

In this emergency joint writ application filed by both the State and the defense, both parties seek review of the trial court's denial of their joint motion to continue the trial in this case. In the joint motion filed in the 24th Judicial District Court, defense counsel, as an officer of the court, represented to the trial court that defendant's expert, Dr. Daphne Glindmeyer, was unable to produce her expert report addressing the sanity of defendant at the time of the offenses due to "personal reasons." Defense counsel further represented that Dr. Glindmeyer had been unable to evaluate defendant until December 22, 2022, and had requested additional records and time to review same in order to properly form her opinion as to the defendant's competency at the time of the offense and to draft her expert report. Likewise, the assistant district attorney for the Parish of Jefferson, as an officer of the court, informed the trial court that she is currently participating in a serious felony trial in another division that is not expected to conclude until at least Wednesday, March 8, 2023. The writ application reflects that both the state and defense jointly sought the continuance of this case stating as officers of the court serious grounds necessitating the continuance of trial.

Considering the serious nature of the offenses with which the defendant is charged and further considering the nature of defendant's plea and defense, and in accordance with the Supreme Court's relevant guidance in *State v. Watson*, 22-00719 (La. 5/1/22), 338 So.3d 1169, we find that the trial court abused its discretion in denying the joint motion to continue trial. Accordingly, the writ application is granted. We further stay the proceedings until March 10, 2023, the date when defense counsel, an officer of the court, has indicated that Dr.

23-K-113

Glindmeyer's report will be completed. The trial court is ordered to set the matter for trial on the next available and reasonable trial date thereafter.

Gretna, Louisiana, this 6th day of March, 2023.

**JJM**
**FHW**
**RAC**

SUSAN M. CHEHARDY
CHIEF JUDGE

FREDERICKA H. WICKER
JUDE G. GRAVOIS
MARC E. JOHNSON
ROBERT A. CHAISSON
STEPHEN J. WINDHORST
JOHN J. MOLAISON, JR.
CORNELIUS E. REGAN, PRO TEM

JUDGES

CURTIS B. PURSELL
CLERK OF COURT

SUSAN S. BUCHHOLZ
CHIEF DEPUTY CLERK

LINDA M. WISEMAN
FIRST DEPUTY CLERK

MELISSA C. LEDET
DIRECTOR OF CENTRAL STAFF

(504) 376-1400
(504) 376-1498 FAX



FIFTH CIRCUIT

101 DERBIGNY STREET (70053)

POST OFFICE BOX 489

GRETNA, LOUISIANA 70054

www.fifthcircuit.org

## NOTICE OF DISPOSITION CERTIFICATE OF DELIVERY

I CERTIFY THAT A COPY OF THE DISPOSITION IN THE FOREGOING MATTER HAS BEEN TRANSMITTED IN ACCORDANCE WITH **UNIFORM RULES - COURT OF APPEAL, RULE 4-6** THIS DAY **03/06/2023** TO THE TRIAL JUDGE, THE TRIAL COURT CLERK OF COURT, AND AT LEAST ONE OF THE COUNSEL OF RECORD FOR EACH PARTY, AND TO EACH PARTY NOT REPRESENTED BY COUNSEL, AS LISTED BELOW:

**23-K-113**

CURTIS B. PURSELL
CLERK OF COURT

### E-NOTIFIED
24th Judicial District Court (Clerk)
Honorable Donald L. Foret (DISTRICT JUDGE)
Anna L. Friedberg (Relator)

Thomas J. Butler (Respondent)
Darren A. Allemand (Respondent)

### MAILED